IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEETRA T. SMITH**                                                                                          **PLAINTIFF**

V.                                   **NO. 4:08CV00190-BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                                **DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 17th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE